IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

AMERICAN EXPRESS CENTURION BANK                                          APPELLANT

V.                                                          CIVIL ACTION NO. 2:08CV39-NBB

JESSIE WAYNE HENDRIX,
PATSY LOUISE HENDRIX,
JEFFREY A. LEVINGSTON,
ET. AL.                                                                  APPELLEES

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the August 15, 2007, ruling of the United States Bankruptcy Court for the Northern District of Mississippi in the underlying bankruptcy action is **REVERSED**.

This, the 24th day of March, 2009.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**